FILED
U.S. DISTRICT COURT
SAVANNAH
2013 JUN -6 P 2:
CLERK X. moore
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GREGORY JAMAL BASHIR,

  Plaintiff,

v.    CIVIL ACTION NO.: CV613-024

BETTY DEAN; SGT. STEWART;
NURSE LEDFORD; NURSE SNEED;
NURSE HUSKEY; MR. McCUTCHINS;
and NURSE APRIL,

  Defendants.

## ORDER

Plaintiff, seeking to proceed *in forma pauperis*, filed a complaint brought pursuant to 42 U.S.C. § 1983. By Order dated April 8, 2013, Plaintiff was advised of the changes in procedures for filing and litigating prison civil rights suits brought about by the Prison Litigation Reform Act. In that same Order, Plaintiff was instructed to sign and return the Consent to Collection of Fees from his Trust Account and the Prisoner Trust Fund Account Statement. As Plaintiff did not return the Consent, the Court, by Order dated May 13, 2013, allowed Plaintiff fourteen days to sign and return the Consent. He was instructed that his failure to timely return the consent would result in the dismissal of this action.

Plaintiff has failed to respond to that May 13, 2013, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this ___ day of _____, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)